UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

FILED '06 JUL 24 10:58 USDC-ORP

| | |
|---|---|
| JEFFREY MCHENRY, | ) |
| Plaintiff, | ) CV 05-1061-HU |
| vs. | ) ORDER AWARDING FEES |
| | ) PURSUANT TO THE EQUAL ACCESS |
| JOANNE B. BARNHART, | ) TO JUSTICE ACT |
| Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,203.80 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The EAJA fees are payable to attorney Rory Linerud and are to be sent directly to Rory J. Linerud. Attorney fees of $5,208.30 are hereby awarded. No costs or expenses to be paid herein.

IT IS SO ORDERED.

DATED this __21__ day of __July__, 2006

_____
Dennis J. Hubel
United States District ~~Magistrate~~ Judge

Presented by:
S/RORY J. LINERUD
LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776

ORDER - FEES PURSUANT TO THE EQUAL ACCESS TO JUSTIC ACT
Page 1